

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES                                                          DIVISION OF REGIONAL OFFICES
ATTORNEY GENERAL                                                      BUFFALO REGIONAL OFFICE

May 24, 2022

**(via CM/ECF)**

Hon. John L. Sinatra, Jr.
United States District Court Judge
United States Courthouse
2 Niagara Square
Buffalo, New York 14202

RE:     **Constantino-Gleason v. State of New York Unified Court System, *et al*.**
       **Western District Court**
       **Case No.: 21-cv-6327**

Dear Judge Sinatra:

As the Court may recall, it referred this case to mediation pending a decision on Defendants' motion to dismiss. *See* ECF No. 22. The parties subsequently requested additional time to hold the initial mediation session because a change in the Plaintiff's employment circumstances rendered moot one of the settlement options Defendants had planned on exploring. The Court granted that request and directed that the parties file a joint status report by today's date. *See* ECF No. 25. This letter will serve as the parties' joint status report.

The initial mediation session was held on April 26, 2022. Several different components of a settlement were discussed, and some seemed to hold promise, but additional information needed to be gathered to explore their possibility. Accordingly, the mediator adjourned the mediation with the parties intending to hold a second mediation session. That session has not been scheduled but it is still the parties' intention to do so. Accordingly, the parties request an additional sixty days to complete mediation.

Respectfully,

*/s/ David J. Sleight*
David J. Sleight
Assistant Attorney General

DJS/rmp

cc:    Joseph A. DeTraglia, Esq. (via CM/ECF)
        Kenneth A. Manning, Esq. (via CM/ECF)