# JOSEPH A. DETRAGLIA, ESQ., P.C.
ATTORNEY AND COUNSELOR AT LAW
P.O. Box 53
Clinton, New York 13323
(315) 790-8822
JD@DeTragliaLawFirm.com
Bar Admissions: New York & Massachusetts

July 27, 2022

*Via CM/ECF*
Hon. John L. Sinatra, Jr.
United States District Judge
United States Courthouse
2 Niagara Square
Buffalo, NY 14202

    Re:    *Constantino-Gleason v. NYSOCA et al.*,
               WDNY C.A. No. 6:21-cv-06327-JLS

Dear Judge Sinatra:

    As a jointly filed status report in the above-referenced case, please be advised that counsel for all parties have conferred and are agreeable to continuation of the ongoing mediation in this case, but scheduling during the summer months has proven more difficult than anticipated.

    Counsel for the parties respectfully request until August 31, 2022 in which to continue mediation, with the parties filing a mediation status report as soon as possible and by no later than September 1, 2022. The mediator has proposed dates in August 2022, and the parties are in the process of confirming dates.

    The Court's consideration of this request is appreciated.

                                                 Respectfully submitted,

                                                 *Joseph A. DeTraglia*

                                                 Joseph A. DeTraglia

cc: David J. Sleight, Esq.